Decided July 17, 2001

## STATE OF CONNECTICUT *v.* GORDON LEE FRUEAN II

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 466 (AC 17623), is denied.

*Averum J. Sprecher*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided July 17, 2001